# ELECTRONIC RECORD

COA #14-13-00686-CR

STYLE: Damon Kendrick Dove v The State of Texas

COA DISPOSITION: Affirmed

DATE: November 20, 2014    Publish: No

OFFENSE: Sexual Assault

COUNTY: Fort Bend

TRIAL COURT: 268th District Court

TC CASE #:12-DCR-061181A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Damon Kendrick Dove v The State of Texas

CCA # _____

___PRO SE___    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___04/01/2015___

JUDGE: _____

CCA Disposition: **1573-14**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**